JOSEPH GONOROVSKY, Respondent, *v.* THE DRY DOCK, EAST
BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.

*Gonorovsky* v. *Dry Dock, E. B. & B. R. R. Co.*, 62 App. Div. 617,
affirmed.
(Argued October 14, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
21, 1901, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Theodore H. Lord* and *Henry A. Rob-
inson* for appellant.

*John J. O'Connell* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MAR-
TIN, CULLEN and WERNER, JJ.

---

WILLIAM W. WEIGLEY, Respondent, *v.* SYLVESTER H. KNEE-
LAND, Appellant.

*Weigley* v. *Kneeland*, 60 App. Div. 614, affirmed.
(Argued October 14, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
8, 1901, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*Joseph G. Deane* for appellant.

*Franklin Bartlett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MAR-
TIN, CULLEN and WERNER, JJ.